AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Noel Reyes, on behalf of himself and others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>C&M Bagels, Inc. d/b/a Park Place Bagels #2, Bagel Deli Plus, and Quaker Ridge Bagels, Claudio Iaccarino, and Anthony Jerry Cesarino<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 25—CV—812<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* C&M Bagels, Inc. c/o NY Secretary of State, One Commerce Plaza, 99 Washington Ave., 6th Floor, Albany, NY 12231; Park Place Bagels #2, 52 Palmer Ave., Bronxville, NY 10708; Bagel Deli Plus, 480 New Rochelle Road, Unit #4, Bronxville, NY 10708; Quaker Ridge Bagels, 41 Quaker Ridge Road, New Rochelle, NY 10804;

Claudio Iaccarino c/o Park Place Bagels, 9 Park Place, Bronxville, NY 10708;
Antony Jerry Cesarino, 41 Quaker Ridge Road, New Rochelle, NY 10804.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Cilenti & Cooper, PLLC
    60 East 42nd Street - 40th Floor
    New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/29/2025          *Tammi M. Hellwig*          /s/ J. Gonzalez
                                                     *Signature of Clerk or Deputy Clerk*