UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL REYES,

                Plaintiff,

-against-

C&M BAGELS, INC., et al.,

                Defendants.

25-CV-812(JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 25, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 2, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge