UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL REYES,

                Plaintiff,

-against-

C&M BAGELS, INC., et al.,

                Defendants.

25-CV-812 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      IT IS HEREBY ORDERED that the conference in this matter, scheduled for December 9, 2025, at 12:00 p.m., which was previously to be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, shall now be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 274292648#.

Dated: November 18, 2025
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge