

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

December 1, 2025

**BY ECF**

Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** **Reyes v. C&M Bagels, Inc., et al.**
> **Case No. 25-CV-812 (JGLC)**

Dear Judge Clarke,

We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. A status conference is scheduled on December 9, 2025, at 12:00 p.m. However, the parties are pleased to advise that they have reached a settlement in principle. Therefore, the parties jointly request that the conference be adjourned *sine die*, and that they be given until January 9, 2026, to submit their settlement papers for review and approval.

Respectfully submitted,

/s/ Justin Cilenti
Justin Cilenti

Application GRANTED. The conference in this matter, previously scheduled for December 9, 2025, at 12:00 p.m. is CANCELED. The Court will issue a separate order regarding the parties' settlement submission.

cc: Howard Schragin, Esq. (by ECF)

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: December 1, 2025
New York, New York