**MEMO ENDORSED**

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW

60 East 42nd Street – 40th Floor
New York, New York 10165
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

January 8, 2026

**BY ECF**

Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> *Re:   Reyes v. C&M Bagels, Inc., et al.*
> *Case No. 25-CV-812 (JGLC)*

Dear Judge Clarke,

We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. Please accept this letter as the parties' joint letter motion for an extension of time until January 23, 2026, to file their settlement agreement for review and approval.

No prior request for similar relief has been made.

We thank the Court for considering this application.

Respectfully submitted,

/s/ Justin Cilenti
Justin Cilenti

Application GRANTED. The Court extends the deadline for the parties to file their settlement agreement and submission required by ECF No. 23 until January 23, 2026.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: January 8, 2026
New York, New York

cc: Howard Schragin, Esq. (by ECF)