

# CILENTI & COOPER, PLLC

### ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
____

Telephone (212) 209-3933
Facsimile (212) 209-7102

January 23, 2026

**BY ECF**

Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> ***Re:*** ***Reyes v. C&M Bagels, Inc., et al.***
> ***Case No. 25-CV-812 (JGLC)***

Dear Judge Clarke,

We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. As we await client execution of the agreement, please accept this letter as the parties' joint letter motion for an extension of time until February 6, 2026, to file their settlement for review and approval.

One prior request for similar relief has been made.

We thank the Court for considering this application.

Respectfully submitted,

cc: Howard Schragin, Esq. (by ECF)

*/s/ Justin Cilenti*
Justin Cilenti

Application GRANTED. The Court extends the deadline for the parties to file their settlement agreement and submission required by ECF No. 23 to February 6, 2026. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Court will not grant any further extensions that do not comply with its Individual Rules.

SO ORDERED.

JESSICA G. L. CLARKE, United States District Judge
Dated: January 23, 2026
White Plains, New York