UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOEL REYES, on behalf of himself and others similarly situated, | 25-CV-0812 (JGLC) |
| Plaintiffs, | ***CHEEKS* CONFERENCE ORDER** |
| -against- | |
| C&M BAGELS, INC, et al., | |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

Counsel for all parties shall appear for a conference with the Court on **February 12, 2026,** at **2:30 p.m.** to discuss the terms of their proposed settlement agreement. *See* ECF No. 28; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1162446175#. The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the parties' motion at the conference.

Dated:  February 5, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge